```
1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5

6  Attorney for Defendant
   TUY NGUYEN
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-08-0390 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUING JUDGMENT AND SENTENCING** |
| vs. | |
| TUY NGUYEN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, Tuy Nguyen, through his attorney, David W. Dratman; that the Judgment and Sentencing scheduled for August 3, 2012, be continued to August 31, 2012 at 9:00 a.m.

Dated: July 30, 2012              /s/ *David W. Dratman*
                                  DAVID W. DRATMAN
                                  Attorney for Defendant
                                  TUY NGUYEN


Dated: July 30, 2012              BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY


                                  By: /s/ *Michael M. Beckwith*
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney
                                  *Signed with permission

STIPULATION AND [PROPOSED] ORDER FOR CONTINUING JUDGMENT AND SENTENCING

ORDER

It is so ordered.

Dated: July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge