DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
TUY NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-08-0390 GEB |
|---|---|
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER TO EXONERATE BAIL AND TO RECONVEY REAL PROPERTY** |
| vs. | |
| TUY NGUYEN, et al., | |
| Defendants. | |

Based upon the notification that Defendant, Tuy Nguyen, has surrendered to the Bureau of Prisons to commence his sentence, it is respectfully requested that the real property posted in support of his release be exonerated and be re-conveyed forthwith.

Dated: February 14, 2013   /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
TUY NGUYEN

**ORDER**

It is so ordered.

Dated: February 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

REQUEST AND [PROPOSED] ORDER TO EXONERATE BAIL...